IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JASON SHAWN PETIT                                                                                    PLAINTIFF

v.                                    Case No. 4:25-cv-4053

SHERIFF BOBBY WALRAVEN;
JAIL ADMINISTRATOR GINA BUTLER;
WALTERS; and CAPTAIN CHERESE CHAPA                                                DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed October 14, 2025, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 8. Judge Singleton recommends that this case be dismissed without prejudice for failure to comply with the Court's orders.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 8) *in toto*. Accordingly, the Court finds that this case should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 10th day of November, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge